AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Texas

United States of America
v.
Randall County COURT

Defendant(s)

Case No.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 11 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

2-22CV-051-Z

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  12/21/2021  in the county of  Randall  in the  _____ District of _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 497 - Letters patent | Whoever falsely makes, forges, counterfeits, or alters any letters patent granted or purporting to have been granted by the President of the United States; or |
| | Whoever passes, utters, or publishes, or attempts to pass, utter, or publish as genuine, any such letters patent, knowing the same to be forged, counterfeited or falsely altered— |
| | Shall be fined under this title or imprisoned not more than ten years, or both. |

This criminal complaint is based on these facts:

Fact: Randall County Court enter in Judgement on a Clerk's opinon and not a order of the Judge.
Federal Question: Who in Randall County Court published on their server falsely altered letter to make one believe that the letter that is filed was from a Judge? Who sign the letter from the appeals court a Judge or a Clerk? Who in Randall County Court pass Judgement without court orders? Who in Randall County court pass Judgement without Judge's hand written signutare?

☐ Continued on the attached sheet.

s/Susanne Becker
*Complainant's signature*

Susanne Becker
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

_____
*Judge's signature*

City and state: _____

_____
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the

Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Randall County COURT | ) Case No. |
|  | ) |
|  | ) |
|  | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___12/21/2021___ in the county of ___Randall___ in the _____ District of _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 495 - Contracts, deeds, and powers of attorney | Whoever transmits to, or presents at any office or officer of the United States, any such writing in support of, or in relation to, any account or claim, with intent to defraud the United States, knowing the same to be false, altered, forged, or counterfeited—<br><br>Shall be fined under this title or imprisoned not more than ten years, or both.<br><br>(June 25, 1948, ch. 645, 62 Stat. 711; Pub. L. 103 – 322, title XXXIII, §?330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.) |

This criminal complaint is based on these facts:

Fact: Randall County Court enter in Judgement on a Clerk's opinon and not a order of the Judge.
Federal Question: Who in Randall County Court published on their server falsely altered letter to make one believe that the letter that is filed was from a Judge? Who sign the letter from the appeals court a Judge or a Clerk? Who in Randall County Court pass Judgement without court orders? Who in Randall County court pass Judgement without Judge's hand written signutare? WHO DEFRAUD A CHILD SUPPORT CLAIM UNDER THIS LAW IN RANDALL COUNTY?

☐ Continued on the attached sheet.

s/Susanne Becker
*Complainant's signature*

Susanne Becker
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

*Judge's signature*

City and state: _____

*Printed name and title*